UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21MC102(AKH) |
| DELTA SANCHEZ (AND HUSBAND, FILEMON M.ROJAS), | 07CV8286(AKH) |
| Plaintiff(s), | **NOTICE OF APPEARANCE** |
| -against- | |
| 100 CHURCH LLC, et al., | |
| Defendants. | |

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as counsel for Defendants **CENTURY 21, INC** and **BLUE MILLENNIUM REALTY LLC** in the above-captioned action and all future correspondence and papers filed or serviced in connection with the above-captioned action are to be directed to the undersigned.

Dated:   New York, New York
         December 3, 2007

    Yours etc.,

    HARRIS BEACH PLLC
    *Attorneys for Defendant*
    **CENTURY 21, INC., BLUE MILLENNIUM REALTY LLC**

    _____/s/_____
    Stanley Goos, Esq. (SG-7062)
    100 Wall Street
    New York, NY  10005
    212 687-0100
    212 687-0659 (Fax)

## CERTIFICATION OF SERVICE

The undersigned certifies that on December 3, 2007, I caused the following document to be electronically via the Court's ECF system:

1. Notice of Appearance (of Defendants Century 21, Inc and Blue Millennium Realty LLC).

The undersigned further certifies that on December 3, 2007, I caused the aforesaid documents to be served via First Class Mail upon the following:

Paul Napoli, Esq.
Worby Groner Edelman & Napoli Bern LLP
115 Broadway, 12th Floor
New York, New York 10006

Robert A. Grochow, Esq.
Robert A. Grochow, P.C.
233 Broadway, 5th Floor
New York, New York 10279

Gregory J. Cannata, Esq.
Law Offices of Gregory J. Cannata
233 Broadway, 5th Floor
New York, New York 10279

*Liaison Counsel for Plaintiffs*

James E. Tyrrell, Esq.
Joseph Hopkins, Esq.
Patton Boggs LLP
1 Riverfront Plaza, 6th Floor
Newark, New Jersey 07102

Thomas Egan, Esq.
Flemming Zulack Williamson Zauderer LLP
One Liberty Plaza
New York, New York 10006

*Liaison Counsel for the Defendants*

Dated: December 3, 2007

                                               /s/
                                       Stanley Goos