x:\tc5203\adoption

WILLIAM D. JOYCE, III (WDJ9899)
BARRY, McTIERNAN & MOORE
2 Rector Street – 14th Floor
New York, New York  10006
(212) 313-3600

Attorneys for Defendants STRUCTURE TONE, INC. s/h/a STRUCTURE TONE
(UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------------------X
DELTA E. SANCHEZ AND FILEMONE M. ROJAS,

                          Plaintiffs,

            -against-

100 CHURCH, LC, 80 LAFAYETTE ASSOCIATES,
LLC, 90 CHURCH STREET LIMITED
PARTNERSHIP, ALAN KASMAN DBA KASCO,
AMBIENT GROUP, INC., ANN TAYLOR STORES
CORPORATION, B.R. FRIES & ASSOCIATES, INC.,
BATTERY PARK CITY AUTHORITY, BELFOR
USA GROUP, INC., BLACKMON-MOORING-
STEAMATIC CATASTOPHE, INC. D/B/A BMS
CAT, BLUE MILLENNIUM REALTY LLC,
BOSTON PROPERTIES, INC., BROOKFIELD
FINANCIAL PROPERTIES, INC., BROOKFIELD
FINANCIAL PROPERTIES, LP, BROOKFIELD
PARTNERS, LP, BROOKFIELD PROPERTIES
CORPORATION, BROOKFIELD PROPERTIES
HOLDINGS INC., CENTURY 21, INC.,
CUNNINGHAM DUCT CLEANING CO., INC.,
ENVIROTECH CLEAN AIR, INC., GPS
ENVIRONMENTAL CONSULTANTS, INC.,
GRUBB & ELIS MANAGEMENT SERVICES,
HILLMAN ENVIRONMENTAL GROUP, LLC.,
INDOOR AIR PROFESSIONALS, INC.,  INDOOR
ENVIRONMENTAL TECHNOLOGY, INC., KASCO
RESTORATION SERVICES CO., LAW
ENGINEERING P.C., MAYORE ESTATES LLC,

            **NOTICE OF
ADOPTION**

            **07 CV 8286**

MAYORE ESTATES LLC AND 80 LAFAYETTE
ASSOCIATION LC AS TENANTS IN COMMON,
MERRILL LYNCH & CO, INC., NOMURA
HOLDING AMERICA, INC., NOMURA
SECURITIES INTERNATIONAL, INC., ROYAL
AND SUNALLIANCE INSURANCE GROUP, PLC,
STONER AND COMPANY, INC., STRUCTURE
TONE (UK), INC., STRUCTURE TONE GLOBAL
SERVICES, INC., TOSCORP INC., TRC
ENGINEERS, INC., WESTON SOLUTIONS, INC.,
WFP TOWER B CO. G.P. CORP., WFP TOWER B
HOLDING CO., LP, WFP TOWER B. CO., L.P., AND
ZAR REALTY MANAGEMENT CORP., ET AL.,

                    Defendants.

------------------------------------------------------------------------------X

PLEASE TAKE NOTICE that defendants, STRUCTURE TONE, INC. s/h/a

STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES,

INC. (hereinafter "STRUCTURE TONE"), as and for their responses to the allegations

set forth in the Complaint by Adoption (Check-Off Complaint) related to the Master

Complaint filed in the above-referenced action, hereby adopts STRUCTURE TONE's

Answer to the Master Complaint dated July 30, 2007, which was filed in the matter of *In

Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

To the extent that STRUCTURE TONE's Answer to the Master Complaint does

not comprehensively address any of the specific allegations within the Check-Off

Complaint in the above-captioned matter, STRUCTURE TONE denies knowledge or

information sufficient to form a belief as to the truth of such specific allegations.

WHEREFORE, STRUCTURE TONE, INC. s/h/a STRUCTURE TONE (UK),

INC. and STRUCTURE TONE GLOBAL SERVICES, INC., demands judgment

dismissing the above-captioned action as against it, together with its costs and

disbursements.

Dated: New York, New York
       November 20, 2007

_____
WILLIAM D. JOYCE, III (WDJ 9899)
BARRY, McTIERNAN & MOORE
Attorneys for Defendants
STRUCTURE TONE, INC. s/h/a
STRUCTURE TONE (UK), INC. and
STRUCTURE TONE GLOBAL SERVICES, INC.
2 Rector Street – 14th Floor
New York, New York  10006
(212) 313-3600
