UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

IN RE WORLD TRADE CENTER LOWER          :   21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION      :
                                        :
------------------------------------------------------------------X

DELTA E. SANCHEZ (AND HUSBAND,          :   07-CV-08286-AKH
FILEMON M. ROJAS),                      :
                                        :
                        Plaintiffs,     :   **APPEARANCE**
                                        :
        - against -                     :   **ELECTRONICALLY FILED**
                                        :
100 CHURCH LLC., *et al.*,              :
                                        :
                        Defendants.
------------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.


Dated:  New York, New York              DICKSTEIN SHAPIRO LLP
        January 18, 2008

                          By:       /s/ Judith R. Cohen
                                    _____
                                    Judith R. Cohen (JC-8614)
                                    1177 Avenue of the Americas
                                    New York, New York 10036
                                    Phone: (212) 277-6500
                                    Fax: (212) 277-6501

                                    *Attorney for Defendant*
                                    MERRILL LYNCH & CO., INC.


DOCSNY-287519