KEVIN G. HORBATIUK (KGH-4977)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.**
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
IN RE COMBINED WORLD TRADE CENTER            21 MC 102 (AKH)
AND LOWER MANHATTAN DISASTER SITE
LITIGATION
-------------------------------------------------------------------x
DELTA E. SANCHEZ and FIELMON M. ROJAS         DOCKET NO:
                                              07 CV 8286
                     Plaintiffs,

    -against-

100 CHURCH, LLC, 80 LAFAYETTE ASSOCIATES,
INC., LLC., 90 CHURCH STREET LIMITED
PARTNERSHIP, ALAN KASMAN DBA KASCO,
AMBIENT GROUP, INC., ANN TAYLOR              NOTICE OF
STORES CORPORATION, B.R. FRIES & ASSOCIATES, APPEARANCE
INC., BATTERY P ARK CITY AUTHORITY,
BEFLOR USA GROUP, INC., BLACKMON-
STEAMATIC CATASPHOHE, INC., D/B/A BMS
CAT, BLUE MILLENNIUM REALTY LLC., BOSTON
PROPERTIES, INC., BROOKFIELD FINANCIAL
PROPERTIES, INC., BROOKFIELD FINANCIAL
PROPERTIES, L.P, BROOKFIELD PARTNERS, L.P.,
BROOKFIELD PROPERTIES CORPORATION,
BROOKFIELD PROPERTIES HOLDINGS, INC.,
CENTURY 21, INC., CUNNINGHAM DUCT
CLEANING CO., ENVIROTECH CLEAN
AIR, INC., GPS ENVIRONMENTAL CONSULTANTS,
INC., GRUBB & ELLIS MANAGMENTS SERVICES,
HILLMAN ENVIRONMENTAL GROUP, LLC.,
INDOOR AIR PROFESSIONALS, INC., INDOOR
ENVIRONMENTAL TECHNOLOGY, INC., KASCO
RESTORATION, SERVICES, CO., LAW ENGINEERING,
P.C., MAYORE ESTATES LLC., MAYORE
ESTATES LLC AND 80 LAFAYETTE

ASSOCIATION, LLC AS TENANTS IN
COMMON, MERRILL LYNCH & CO., INC.,
NOMURA HOLDING AMERICA, INC.,
NOMURA SECURITIES INTERNATIONAL, INC.,
ROYAL AND SUNALLIANCE INSURANCE GROUP,
PLC STONER AND COMPANY, INC., STRUCTURE
TONE (UK) INC., STRUCTURE TONE GLOBAL
SERVICES, INC., TOSCORP INC., TRC ENGINEERS,
INC., WESTON SOLUTIONS, INC., WFP TOWER B
CO. G.P., CORP., WFP TOWER B HOLDING CO., L.P.,
WFP TOWER B. CO., LP., AND ZAR REALTY
MANAGEMENT CORP., ET AL.

**Defendants.**
..................................................................................x

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**CUNNINGHAM DUCT WORK s/h/i/a
CUNNINGHAM DUCT CLEANING CO., INC.**

I certify that I am admitted to practice in this court.

Dated: New York, New York
February 1, 2008

Kevin G. Horbatiuk
Kevin G. Horbatiuk (KGH4977)
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a
CUNNINGHAM DUCT CLEANING
CO., INC.**
RUSSO, KEANE & TONER, LLP
26 Broadway, 28th Floor
New York, New York 10004
(212) 482-0001
RKT File No. 824.078

TO:   CHRISTOPHER R. LaPOLA, ESQ.,
      WORBY GRONER EDELMAN & NAPOLI BERN, LLP
      Attorney for Plaintiffs
      **DELTA E. SANCHEZ and FIELMON M. ROJAS**
      115 Broadway - 12th Floor
      New York, New York 10006
      (212) 267-3700

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepared and properly addressed, this the 1st day of February, 2008.

CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiffs
**DELTA E. SANCHEZ and FIELMON M. ROJAS**
115 Broadway 12th Floor
New York, New York 10006

_____
KEVIN G. HORBATIUK