KEVIN G. HORBATIUK (KGH-4977)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.**
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
IN RE COMBINED WORLD TRADE CENTER            21 MC 102 (AKH)
AND LOWER MANHATTAN DISASTER SITE
LITIGATION
-------------------------------------------------------------------x
DELTA E. SANCHEZ and FIELMON M. ROJAS        DOCKET NO:
                                             07 CV 8286
               Plaintiffs,

   -against-

100 CHURCH, LLC, 80 LAFAYETTE ASSOCIATES,
INC., LLC., 90 CHURCH STREET LIMITED
PARTNERSHIP, ALAN KASMAN DBA KASCO,
AMBIENT GROUP, INC., ANN TAYLOR                NOTICE OF
STORES CORPORATION, B.R. FRIES & ASSOCIATES,   ADOPTION OF
INC., BATTERY P ARK CITY AUTHORITY,            ANSWER TO
BEFLOR USA GROUP, INC., BLACKMON-              MASTER COMPLAINT
STEAMATIC CATASPHOHE, INC., D/B/A BMS
CAT, BLUE MILLENNIUM REALTY LLC., BOSTON
PROPERTIES, INC., BROOKFIELD FINANCIAL
PROPERTIES, INC., BROOKFIELD FINANCIAL
PROPERTIES, L.P, BROOKFIELD PARTNERS, L.P.,
BROOKFIELD PROPERTIES CORPORATION,
BROOKFIELD PROPERTIES HOLDINGS, INC.,
CENTURY 21, INC., CUNNINGHAM DUCT
CLEANING CO., ENVIROTECH CLEAN
AIR, INC., GPS ENVIRONMENTAL CONSULTANTS,
INC., GRUBB & ELLIS MANAGMENTS SERVICES,
HILLMAN ENVIRONMENTAL GROUP, LLC.,
INDOOR AIR PROFESSIONALS, INC., INDOOR
ENVIRONMENTAL TECHNOLOGY, INC., KASCO
RESTORATION, SERVICES, CO., LAW ENGINEERING,
P.C., MAYORE ESTATES LLC., MAYORE
ESTATES LLC AND 80 LAFAYETTE

ASSOCIATION, LLC AS TENANTS IN
COMMON, MERRILL LYNCH & CO., INC.,
NOMURA HOLDING AMERICA, INC.,
NOMURA SECURITIES INTERNATIONAL, INC.,
ROYAL AND SUNALLIANCE INSURANCE GROUP,
PLC STONER AND COMPANY, INC., STRUCTURE
TONE (UK) INC., STRUCTURE TONE GLOBAL
SERVICES, INC., TOSCORP INC., TRC ENGINEERS,
INC., WESTON SOLUTIONS, INC., WFP TOWER B
CO. G.P., CORP., WFP TOWER B HOLDING CO., L.P.,
WFP TOWER B. CO., LP., AND ZAR REALTY
MANAGEMENT CORP., ET AL.

         **Defendants.**
-----------------------------------------------------------------------------x

  **PLEASE TAKE NOTICE**, that defendant CUNNINGHAM DUCT WORK s/h/i/a CUNNINGHAM DUCT CLEANING CO., INC.("CUNNINGHAM"), by its attorneys, RUSSO, KEANE & TONER, LLP, as and for its Response to the allegations set forth in the Complaint by Adoption (Check-Off-Complaint) Related to the Master Complaint filed in the above referenced action, hereby adopt their Answer to Master Complaint dated, August 1, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

  **WHEREFORE**, the defendant, CUNNINGHAM demands judgment dismissing the above captioned caption action as against it, together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
   February 1, 2008

               Kevin G. Horbatiuk
               Kevin G. Horbatiuk (KGH4977)
               Attorneys for Defendant
               **CUNNINGHAM DUCT WORK s/h/i/a**
               **CUNNINGHAM DUCT CLEANING**
               **CO., INC.**
               RUSSO, KEANE & TONER, LLP
               26 Broadway, 28th Floor
               New York, New York 10004
               (212) 482-0001
               RKT File No. 824.078

TO: CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiffs
**DELTA E. SANCHEZ and FIELMON M. ROJAS**
115 Broadway - 12th Floor
New York, New York 10006
(212) 267-3700

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepared and properly addressed, this the 1st day of February, 2008.

CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiffs
**DELTA E. SANCHEZ and FIELMON M. ROJAS**
115 Broadway 12th Floor
New York, New York 10006

*/s/ Kevin G. Horbatiuk*
KEVIN G. HORBATIUK